**Electronically Filed
Supreme Court
SCWC-29703
05-JUN-2012
10:10 AM**

NO. SCWC-29703

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI, Respondent/Plaintiff-Appellee,

vs.

CHESTER PACQUING, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29703; CR NO. 08-1-0556)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba,
and McKenna, JJ., and Circuit Judge Browning,
in place of Duffy, J., recused)

The Application for Writ of Certiorari filed on April 23, 2012 by Petitioner/Defendant-Appellant Chester Pacquing is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 5, 2012.

James S. Tabe, deputy
public defender,
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ R. Mark Browning

